

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

HENRICO COUNTY SCHOOL
BOARD,

    Plaintiff,

v.                                   Civil Action No. 3:18-cv-110

GREGORY MATTHEWS,
et al.,

    Defendants.

**ORDER**

Having received the MOTION TO QUASH SUBPOENA DUCES TECUM (ECF No. 84) and it appearing that Ms. Lucas is or has had the assistance of a person trained in the law in preparing the motion, yet is proceeding <u>pro se</u>, it is hereby ORDERED that, by August 1, 2018, Ms. Lucas shall file a statement identifying all who assisted in the preparation of the MOTION TO QUASH SUBPOENA DUCES TECUM (ECF No. 84).

It is further ORDERED that, by the date required by the subpoena duces tecum, Ms. Lucas shall produce for inspection and copying all documents and electronic devices or communications which mention, refer to, relate to, or contain information about the residence(s) of Gregory Matthews or Tonie Matthews, or the child referred to as "G.M.," or any change of residence by such persons, beginning with the date May 1, 2018 through July 27, 2018.

By August 1, 2018, the Plaintiff shall file a response to the MOTION TO QUASH SUBPOENA DUCES TECUM (ECF No. 84), and, by August

2, 2018, Ms. Lucas shall file a reply.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 17, 2018