IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HENRICO COUNTY SCHOOL
BOARD,

    Plaintiff,

v.                                            Civil Action No. 3:18-cv-110

GREGORY MATTHEWS,
et al.,

    Defendants.

**ORDER**

Having received Plaintiff's MOTION TO COMPEL (ECF No. 102), it is hereby ORDERED that Plaintiff, Mr. and Mrs. Matthews, and Ms. Hodges shall appear before the Court for a hearing on Plaintiff's motion on August 15, 2018 at 2:30 p.m. The Matthews and Ms. Hodges shall have an opportunity to respond to Plaintiff's motion at that time.

It is so ORDERED.

                                                  /s/    REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: August 13, 2018