CIVIL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION
NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

JUDGE: **ROBERT E. PAYNE**   DOCKET NO.   **3:18-CV-110**

REPORTER: **PEPPY PETERSON, OCR**   DATE: **AUGUST 15, 2018**

Case Style:   HENRICO COUNTY SCHOOL BOARD v. GREGORY MATTHEWS, et al.

Counsel for Plaintiff(s):   KATHLEEN MEHFOUD

Counsel for Defendant(s):   MICHAEL GUNLICKS

Respondent (Witness):   CHARLOTTE HODGES, *pro se*

Matter Comes on For:   ( ) BENCH TRIAL
( ✓ ) MOTION HEARING
- MOTION TO COMPEL (ECF 102)

( ) OTHER: _____

Appearances:   PARTIES   BY ( ✓ ) / WITH ( ✓ ) COUNSEL   PRO SE ( )

Motions before Trial: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ( )   DEFENDANT(S) ( )   COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

## ADDITIONAL NOTATIONS:

MOTION TO COMPEL DENIED AS MOOT - PARTIES HAVE REACHED SATISFACTORY AGREEMENT; DEPOSITIONS FOR SA'AD EL-AMIN (10:30 A.M.), GREGORY MATTHEWS (12:30 P.M.) AND TONIE MATTHEWS (12:30 P.M.) RESCHEDULED TO AUGUST 21, 2018; KANDISE LUCAS (9:00 A.M.) AND CHARLOTTE HODGES (11:00 A.M.) TO APPEAR FOR DEPOSITION ON AUGUST 22, 2018; DEFENDANTS ORDERED TO GIVE PLAINTIFF REQUIRED DOCUMENTS BY NOON ON AUGUST 20, 2018; COUNSEL TO DISCUSS NEW DATES FOR BENCH TRIAL AND CONTACT CHAMBERS FOR CONFERENCE CALL; PLAINTIFF TO SERVE CHARLOTTE HODGES IN PERSON OR BY OTHER MEANS AS AGREED UPON IN OPEN COURT

CASE CONTINUED UNTIL _____ AT _____ FOR _____

SET: **2:30 P.M.**   BEGAN: **2:33 P.M.**   ENDED: **3:14 P.M.**   TIME IN COURT: **41 MINS.**

RECESSES: