IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HENRICO COUNTY SCHOOL
BOARD,

    Plaintiff,

v.                                  Civil Action No. 3:18-cv-110

GREGORY MATTHEWS,
et al.,

    Defendants.

**ORDER**

For the reasons set forth on the record during the hearing held on August 15, 2018, it is hereby ORDERED that:

(1) Plaintiff's MOTION TO COMPEL (ECF No. 102) is denied as moot by virtue of the agreements among the parties to the motion;

(2) The discovery schedule for the week of August 20, 2018 shall be as follows:

    (a) On August 20, 2018, Mr. and Mrs. Matthews shall produce to Plaintiff the documents and tangible things[1] that have been requested of them by 12:00 p.m.;

---

[1] Mr. and Mrs. Matthews may produce the tangible things requested in the manner described in paragraph 4(b) of the Court's ORDER (ECF No. 100). That is, Mr. and Mrs. Matthews may review all of the content and records of the Requested Devices since January 1, 2018 to July 24, 2018, identify with particularity any communications involving the question of the residency of Mr. and Mrs. Matthews and/or G.M. within or without Henrico County, Virginia, and provide such communications to counsel for Plaintiff.

(b) On August 21, 2018, Mr. El-Amin's deposition shall be held at 10:30 a.m. (the presently scheduled time), Mr. Matthews' deposition shall be held at 12:30 p.m., and Mrs. Matthews' deposition shall be held at 2:30 p.m.;

(c) On August 22, 2018, Ms. Lucas' deposition shall be held at 9:00 a.m. and Ms. Hodges' deposition shall be held at 11:00 a.m.;

(3) The trial set to commence on October 3, 2018 is continued generally; and

(4) The motions and briefing schedule set forth in the Court's ORDER (ECF No. 98) shall be rescheduled. The parties shall confer, and organize a conference call, to establish a mutually agreeable schedule.

The Clerk is directed to send a copy of this ORDER to Ms. Kandise Lucas and to Mr. Sa'ad El-Amin.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 15, 2018

2