IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HENRICO COUNTY SCHOOL BOARD,
    Plaintiff,

v.                                      Civil Action No. 3:18-cv-110

GREGORY MATTHEWS, et al.,
    Defendants.

**ORDER**

Based upon the agreement of the parties reflected in the hearing on December 4, 2018 and the conference call on December 12, 2018, it is hereby ORDERED that:

(1) The case is DISMISSED as moot. The Court, however, continues to have jurisdiction over any motions related to sanctions for prior conduct in this case, any motions for attorneys' fees, and any other collateral matters related to the proceedings that have already happened in this case. See Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 395 (1990) ("It is well established that a federal court may consider collateral issues after an action is no longer pending."); and

(2) DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION AND PENDENTE LITE RELIEF (ECF No. 23) is DENIED as moot; and

(3) THE HENRICO COUNTY SCHOOL BOARD'S MOTION TO STAY THE ADMINISTRATIVE DECISION PENDING APPEAL (ECF No. 31) is DENIED as moot.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December 14, 2018