## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

HENRICO COUNTY SCHOOL BOARD,
    Plaintiff,

v.                                    Civil Action No. 3:18-cv-110

GREGORY MATTHEWS, et al.,
    Defendants.

### ORDER

For the reasons stated on the record during the hearing on December 4, 2018 and the conference call on December 12, 2018, it is hereby ORDERED that:

(1) By December 21, 2018, Ms. Kandise Lucas shall notify Defendants Gregory and Toni Matthews and Plaintiff Henrico County School Board whether she plans to disclose any expert, and Ms. Lucas shall provide the name and topic of that expert; and

(2) By January 3, 2019, Ms. Lucas shall serve the Matthews and Henrico County School Board this report (in the form required by Federal Rule of Civil Procedure 26) by any previously disclosed expert; and

(3) By January 21, 2019, the Matthews and Henrico County School Board shall serve any reports (in the form required by Federal Rule of Civil Procedure 26) by any experts that respond to any expert called by Ms. Lucas; and

(4) By January 21, 2019, the Matthews and Henrico County School Board shall file any motions to exclude the expert under

<u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993); and

(5) By January 28, 2019, Ms. Lucas shall serve any rebuttal report (in the form required by Federal Rule of Civil Procedure 26) to any expert retained by the Matthews and Henrico County School Board to respond to Ms. Lucas's expert; and

(6) By January 28, 2019, Ms. Lucas shall file any responses to any <u>Daubert</u> motion made by the Matthews and Henrico County School Board; and

(7) By February 4, 2019, the Matthews and Henrico County School Board shall file any replies to any response made by Ms. Lucas regarding any <u>Daubert</u> motion filed by the Matthews or Henrico County School Board; and

(8) A hearing shall take place on March 6, 2019 on Henrico County School Board's motion for sanctions against the Matthews and Ms. Lucas.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December 14, 2018